IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:11-CV-987-WKW |
| DALE COUNTY SHERIFF'S DEPARTMENT, STATE OF ALABAMA, BRANNON ELMORE, and WALLY OLSON, | ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On January 20, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 20) regarding Plaintiff Angela Nails's Motion for Voluntary Dismissal (Doc. # 18). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED; and

2. this case is DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DONE this 6th day of February, 2012.

                                          /s/ W. Keith Watkins  
                              CHIEF UNITED STATES DISTRICT JUDGE